IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | : | No. 1:18-cv-00756 |
| v. | : | (Judge Kane) |
| APPROXIMATELY $147,800.00 IN U.S. CURRENCY SEIZED FROM A SAFE DEPOSIT BOX AT PEOPLE'S BANK HELD BY RAYNA HOMAN,<br>    Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of November 2018, default having been entered against Defendant, and upon consideration of the United States' motion for default judgment (Doc. No. 14), and the supporting documents filed therewith, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The United States' motion for default judgment (Doc. No. 14), is **GRANTED**;

2. Judgment is hereby entered in favor of the United States of America and against Defendant Approximately $147,800.00 in U.S. Currency Seized From a Safe Deposit Box at People's Bank Held by Rayna Homan;

3. All right, title and interest in the above-described Approximately $147,800.00 in U.S. Currency Seized From a Safe Deposit Box at People's Bank Held by Rayna Homan, is hereby forfeited to the United States of America;

4. Jurisdiction is retained over this matter for the granting of such orders as the circumstances may require; and

5. The Clerk of Court is directed to administratively **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania